**SCHWEND, INC., a Florida for-profit corporation, Plaintiff–Appellant,**

v.

**Manuel ZURITA, in his individual capacity, Clyde Lo Chin, in his individual capacity, Julia Diaz, in her individual capacity, Defendants–Appellees.**

**No. 11–10935**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 13, 2011.

Joseph Elton Blitch, Kevin C. Maxwell, Private Counsel, LLC, Orlando, FL, for Plaintiff–Appellant.

Michelle Thresher Taylor, Esq., David Paul Rhodes, Erik Kenneth Stegeby, U.S. Attorney's Office, Tampa, FL, for Defendant–Appellee.

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

We conclude that the appellees are entitled to the defense of qualified immunity as a matter of law for the reasons stated in the district court's February 18, 2011 order granting appellees' motion for summary judgment.

**AFFIRMED.**